

**5/4/2015**                                                                                    **COA No. 01-13-00641-CR**
**GLENN, DUSTIN WAYNE      Tr. Ct. No. 12CR2238**                          **PD-0351-15**
The Appellant's Petition for Discretionary Review has this day been filed. [The Court requires ten copies of this document to be filed in this office within three (3) days pursuant to Rule 9.3(b). Failure to send copies will result in the refusal of the petition.]

                                                                                              Abel Acosta, Clerk

                          1ST COURT OF APPEALS  CLERK
                          CHRISTOPHER A. PRINE
                          301 FANNIN
                          HOUSTON, TX  77002-7006
                          * DELIVERED VIA E-MAIL *